# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00685-CR

**Milton Leroy Wesley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT NO. D-1-DC-10-206429, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Milton Leroy Wesley was placed on community supervision after pleading guilty to the first-degree felony offense of possession of a controlled substance, morphine, in an amount of more than 4 grams but less then 200 grams, with intent to deliver. *See* Tex. Health & Safety Code § 481.112(d); Tex. Code Crim. Proc. art. 42.12, § 3 (community supervision). The district court subsequently determined that Wesley violated the conditions of his supervision and revoked his community supervision, sentencing him to the six years of imprisonment originally imposed. *See* Tex. Code Crim. Proc. art. 42.12, § 23 (revocation of community supervision); Tex. Penal Code § 12.32 (first-degree felony punishment range).

Wesley's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 744 (1967), by presenting a professional evaluation of the

record demonstrating why there are no arguable grounds to be advanced.  *See id.*; *see also Penson v. Ohio*, 488 U.S. 75, 80 (1988); *High v. State*, 573 S.W.2d 807, 811-13 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684, 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553, 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969). Counsel sent a copy of the brief to Wesley and advised him of his right to examine the appellate record and to file a pro se brief.  *See Anders*, 386 U.S. at 744.  Wesley did not file a pro se brief and did not request an extension of time to do so.

We have reviewed the record and find no reversible error.  *See Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).  We agree with counsel that this appeal is frivolous.  Counsel's motion to withdraw is granted.  The judgment of conviction is affirmed.


_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Affirmed

Filed:  March 26, 2014

Do Not Publish